# United States Court of Appeals
## For the First Circuit

---

No. 08-2277

ARIEL MICHAEL PUNZALAN,

Petitioner,

v.

ERIC H. HOLDER, JR., ATTORNEY GENERAL,

Respondent.

---

**ERRATA SHEET**

The opinion of this Court issued on August 5, 2009, is amended as follows:

On page 9, line 15, "March 17, 2007" should be replaced with "March 17, 2006"